FILED

Mar 13 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE HERRADA-ARAGON,<br><br>    Defendant. | Case No.  25-cr-00435-HSG-2 (LB)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant on **Monday, March 16, 2026 at 8:00 AM** to report to Pretrial Services at 1301 Clay Street, Oakland, CA.

**IT IS SO ORDERED.**

Dated: March 13, 2026

_____
LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 25-cr-00435-HSG-2